**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **AARON BRADFORD** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **Cause No. 4:24-CV-1293** |
| **v.** | ) | |
| | ) | |
| **NATHAN HAYWARD, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ENTRY OF APPEARANCE**

COMES NOW Associate County Counselor Portia Britt and hereby enters her appearance as counsel of record for Defendants Nathaniel Hayward, Brent Cureton, Brian Mitchell, and Charles McKnight.

Respectfully Submitted,

**DANA REDWING**
**COUNTY COUNSELOR**

By:    */s/ Portia Britt*
Portia Britt #69016
Associate County Counselor
Office of the County Counselor
41 S. Central Avenue
Clayton, Missouri 63105
(314) 615-7038
PBritt@stlouiscountymo.gov

*Attorneys for Defendants Hayward, Cureton,*
*Mitchell, and McKnight*

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| **AARON BRADFORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Cause No. 4:24-CV-1293** |
| **v.** | ) | |
| | ) | |
| **NATHAN HAYWARD, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of August, 2025, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's CM/ECF filing system upon all counsel of record.

*//s/ Portia Britt*
Portia Britt