UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AARON ANTONY BRADFORD, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-CV-01293 JMB |
| NATHANIEL HAYWARD, et al., | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On August 20, 2025, service was returned unexecuted for six defendants (Doug Burris, Joshua McGrotty, Charles McKnight, May Stearn, Nicholas Thompson and Anthony Williams) because they are no longer employed by the St. Louis County Justice Center. As a result, the Court will order defense counsel Portia Britt to submit the last known home addresses for these six defendants under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel Portia Britt is directed to submit the last known home addresses for defendants Doug Burris, Joshua McGrotty, Charles McKnight, May Stearn, Nicholas Thompson and Anthony Williams to the Court, under seal and *ex parte*, no later than twenty-one (21) days from the date of this Order.

Dated this 25th day of August, 2025.

/s/ John M. Bodenhausen
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE